BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2755



FILED

NOV 17 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF: )
) 10-MJ-0339 GGH
)
)
JAVIER HERNANDEZ-LOPEZ and )
JUAN HERNANDEZ-LOPEZ, ) ORDER RE: REQUEST TO SEAL
) COMPLAINT
)
) **UNDER SEAL**
)
)

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Complaint and affidavit underlying the Complaint in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court.

Date: Nov. 17    , 2010

GREGORY G. HOLLOWS
_____
GREGORY G. HOLLOWS
United States Magistrate Judge

1