1  BENJAMIN B. WAGNER
   Acting United States Attorney
2  MICHAEL D. ANDERSON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2755

**FILED**

NOV 17 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) 10-MJ-0339 GGH<br>) |
| v. | )<br>) SEALING ORDER |
| JAVIER HERNANDEZ-LOPEZ and<br>JUAN HERNANDEZ-LOPEZ, | )<br>)<br>) **UNDER SEAL** |
| Defendants. | )<br>) |

The Court hereby orders the Complaint, in the above-referenced matter, shall be sealed until further order of the Court.

DATED: Nov. 17, 2010, 2010

_____
GREGORY G. HOLLOWS
United States Magistrate Judge