BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAVIER HERNANDEZ-LOPEZ, et al.,<br><br>　　　　Defendant. | D.C. NO. 2:10-mj-339 GGH<br><br>APPLICATION AND ORDER<br>FOR UNSEALING COMPLAINT |

On November 17, 2010, the complaint was filed in the above-referenced case.  Since one of the defendants has now been arrested, it is no longer necessary for the complaint to be sealed.  The government respectfully requests that the complaint and this case be unsealed.

DATED: November 18, 2010　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By:/s/ MICHAEL D. ANDERSON
　　　　　　　　　　　　　　　　　　MICHAEL D. ANDERSON
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

ORDER

SO ORDERED.

DATED: November 18, 2010

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE