```
 1
 2
 3
 4                  IN THE UNITED STATES DISTRICT COURT
 5                FOR THE EASTERN DISTRICT OF CALIFORNIA
 6
 7  UNITED STATES OF AMERICA,      )
                                   )    2:10-cr-00499-GEB
 8            Plaintiff,           )
                                   )
 9       v.                        )    RELATED CASE ORDER
                                   )
10  JAVIER HERNANDEZ-LOPEZ,        )
                                   )
11            Defendant.           )
    _____)
12  UNITED STATES OF AMERICA,      )
                                   )    2:10-cr-00501-LKK
13            Plaintiff,           )
                                   )
14       v.                        )
                                   )
15  JAVIER HERNANDEZ-LOPEZ,        )
    JUAN HERNANDEZ-LOPEZ, LUIS     )
16  EDUARDO TORRES-HERNANDEZ, and  )
    ALEJANDRO BIELMA-ORTIZ,        )
17                                 )
              Defendants.          )
18  _____)
                                   )
19  UNITED STATES OF AMERICA,      )    2:10-cr-00502-EJG
                                   )
20            Plaintiff,           )
                                   )
21       v.                        )
                                   )
22  JUAN CARLOS HERNANDEZ-LOPEZ,   )
                                   )
23            Defendant.           )
    _____)
24
              On December 7, 2010, the United States of America filed a
25
    "Notice of Related Cases" document in which it states:
26
              [T]he above-referenced cases are related within the
27            meaning of Local Rule 123(a).
28

                                    1
```

> The defendants in two of the three cases, namely, Javier Hernandez-Lopez and Juan Hernandez-Lopez, are also defendants in the third case, i.e., Case No. CR. S-10-501 LKK. The charges in each case arise from the same investigation, and counsel for Javier Hernandez-Lopez and Juan Hernandez-Lopez are the same in each case. Both are court-appointed. Relating these cases may facilitate scheduling and help to preserve judicial resources. <u>See</u> L.R. 123(a).
>
> For these reasons, the government believes that assignment of both cases to the Honorable Garland E. Burrell, Jr. would be appropriate. <u>See</u> L.R. 123(c). I have conferred with all involved counsel, and there are no objections to these cases being related.

(ECF No. 16, 1:28-2:15.)

Examination of the above-entitled actions reveals the cases are related within the meaning of Local Rule 123. Therefore, in accordance with the regular practice of this Court the judge to whom the first filed case was assigned will reassign the later filed cases to himself. Accordingly, actions 2:10-cr-00501-LKK and 2:10-cr-00502-EJG are reassigned to the undersigned judge for all further proceedings, and the caption on the reassigned cases shall use the initials "GEB" instead of another judge's initials. Further, any dates currently set in the reassigned cases are VACATED. The Clerk shall make an appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS FURTHER ORDERED that a Status Conference is scheduled to commence at 9:00 a.m. on January 14, 2011 in both actions 2:10-cr-00501-GEB and 2:10-cr-00502-GEB.

Dated: December 10, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge