```
  1   DANIEL J. BRODERICK, Bar #89424
      Federal Defender
  2   MATTHEW C. BOCKMON, Bar # 161566
      Chief Assistant Federal Defender
  3   Designated Counsel for Service
      801 I Street, 3rd Floor
  4   Sacramento, California  95814
      Telephone: (916) 498-5700
  5
      Attorney for Defendant
  6   JAVIER HERNANDEZ-LOPEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-10-499 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) | **TO CONTINUE STATUS CONFERENCE** |
| | ) | **AND TO EXCLUDE TIME** |
| JAVIER HERNANDEZ-LOPEZ, | ) | |
| | ) | Date: April 8, 2011 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Garland E. Burrell, Jr. |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michele Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, JAVIER HERNANDEZ-LOPEZ, that the status conference hearing date of Friday, February 25, 2011, be vacated and a new status conference hearing date of **Friday, April 8, 2011, at 9:00 a.m.** be set.

The reason for this continuance is because additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 8, 2011, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation. |

Dated: February 23, 2011

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              */s/ Matthew C. Bockmon*
                                              MATTHEW C. BOCKMON
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              JAVIER HERNANDEZ-LOPEZ

Dated: February 23, 2011                BENJAMIN B. WAGNER
                                              United States Attorney

                                              */s/ Matthew C. Bockmon for*
                                              MICHELE BECKWITH
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including April 8, 2011, in the interests of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: February 23, 2011

                                              GARLAND E. BURRELL, JR.
                                              United States District Judge