| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, Bar # 161566 |
| | Chief Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |

Attorney for Defendant
JAVIER HERNANDEZ-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-10-499 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) | **TO CONTINUE STATUS CONFERENCE** |
| | ) | **AND TO EXCLUDE TIME** |
| JAVIER HERNANDEZ-LOPEZ, | ) | |
| | ) | Date: April 29, 2011 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michele Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, JAVIER HERNANDEZ-LOPEZ, that the status conference hearing date of Friday, April 8, 2011, be vacated and a new status conference hearing date of **Friday, April 29, 2011, at 9:00 a.m.**, be set.

The reason for this continuance is because additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition. In addition, related case CR-S-10-501 GEB has been continued to April 29, 2011.

/ / /

/ / /

/ / /

1 | Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 29, 2011, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: March 31, 2011

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          */s/ Matthew C. Bockmon*
                                          MATTHEW C. BOCKMON
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          JAVIER HERNANDEZ-LOPEZ

Dated: March 31, 2011                      BENJAMIN B. WAGNER
                                            United States Attorney

                                          */s/ Matthew C. Bockmon for*
                                          MICHELE BECKWITH
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including April 29, 2011, in the interests of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: April 1, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge