1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JAVIER HERNANDEZ-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-10-499 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) | **TO CONTINUE STATUS CONFERENCE** |
| | ) | **AND TO EXCLUDE TIME** |
| JAVIER HERNANDEZ-LOPEZ, | ) | |
| | ) | Date: June 10, 2011 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Garland E. Burrell, Jr. |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michele Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, JAVIER HERNANDEZ-LOPEZ, that the status conference hearing date of Friday, April 29, 2011, be vacated and a new status conference hearing date of **Friday, June 10, 2011, at 9:00 a.m.**, be set.

The reason for this continuance is because additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.  In addition, related case CR-S-10-501 GEB has been continued to June 10, 2011.

/ / /

/ / /

/ / /

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 10, 2011, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: April 26, 2011

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ Matthew C. Bockmon
                                            MATTHEW C. BOCKMON
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            JAVIER HERNANDEZ-LOPEZ

Dated: April 26, 2011                     BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Matthew C. Bockmon for
                                            MICHELE BECKWITH
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including June 10, 2011, in the interests of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: April 27, 2011

                                            GARLAND E. BURRELL, JR.
                                            United States District Judge