DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAVIER HERNANDEZ-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-10-499 GEB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| JAVIER HERNANDEZ-LOPEZ, | Date: November 18, 2011 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michele M. Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, JAVIER HERNANDEZ-LOPEZ, that the status conference hearing date of Friday, October 14, 2011, be vacated and a new status conference hearing date of Friday, November 18, 2011, be set.

The reason for this continuance is because additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition. In addition, related case CR-S-10-501 GEB is also being continued to November 18, 2011.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including November 18, 2011, pursuant to 18 U.S.C.

/ / /

/ / /

§3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: October 13, 2011                              Respectfully submitted,

                                                     DANIEL J. BRODERICK
                                                     Federal Defender

                                                     */s/ Matthew C. Bockmon*
                                                     MATTHEW C. BOCKMON
                                                     Assistant Federal Defender
                                                     Attorney for Defendant
                                                     JAVIER HERNANDEZ-LOPEZ

Dated: October 13, 2011                              BENJAMIN B. WAGNER
                                                     United States Attorney

                                                     */s/ Matthew C. Bockmon for*
                                                     MICHELE M. BECKWITH
                                                     Assistant U.S. Attorney
                                                     Attorney for Plaintiff

## **O R D E R**

        Based on the reasons set forth in the stipulation of the parties filed on October 14, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, October 14, 2011, be vacated and that the case be set for **Friday, November 18, 2011, at 9:00 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including November 18, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: October 14, 2011

GARLAND E. BURRELL, JR.
United States District Judge

2