1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                    No. 2:10-cr-0499 GEB AC

12                    Respondent,

13           v.                                      ORDER

14    JAVIER HERNANDEZ-LOPEZ,

15                    Movant.

16

17          Movant is a federal prisoner proceeding without counsel.  On June 8, 2015, movant filed a

18    motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  ECF No. 54.

19    Movant has now filed a motion for leave to amend his motion, asserting that he is entitled to

20    federal habeas relief under Johnson v. United States, 135 S. Ct. 2551 (2015).  ECF No. 56.  In

21    accordance with General Order No. 563, this case is referred to the Federal Public Defender's

22    Office for review.

23          Accordingly, IT IS HEREBY ORDERED that:

24          1.  This case is referred to the Federal Public Defender's Office for review in accordance

25    with General Order No. 563.  The Clerk of the Court shall serve a copy of this order on the

26    Federal Public Defender's Office.

27          2.  Within forty-five days of service of this order, the Federal Public Defender's Office

28    shall notify the court whether it will be assuming representation of movant.  In the event that the

1

Federal Public Defender's Office would assume representation but for a conflict, such conflict should be brought to the court's attention.

DATED: April 14, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE