UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>JAVIER HERNANDEZ-LOPEZ,<br><br>Movant. | No. 2:10 cr 499 GEB AC P<br><br><br>FINDINGS AND RECOMMENDATIONS |

Javier Hernandez-Lopez ("movant") is a federal prisoner proceeding pro se with a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255.[1] ECF No. 54. On May 19, 2017, mail sent to movant from this court was returned as undeliverable. ECF No. 61. On June 8, 2017, the court entered an order directing movant to update his address by July 21, 2017. ECF No. 62. He was warned that failure to provide an updated address would result in a recommendation that this action be dismissed without prejudice for failure to prosecute. Id. at 2. The deadline has now passed and movant has not responded to the court's order. Indeed, the June 8, 2017 order was also returned as undeliverable together with an annotation that movant was no longer incarcerated at the listed address. ECF No. 63.

////

---

[1] This motion has been assigned, for statistical purposes, the civil case number 2:15-cv-01227-GEB-AC.

1

Local Rule 183(b) provides:

> A party appearing in propria persona shall keep the Court and opposing parties apprised as to his or her current address. If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

More than sixty-three days have passed since the first mailing from this court was returned as undeliverable.

It is THEREFORE RECOMMENDED that movant's motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255 (ECF No. 54) be dismissed without prejudice for failure to prosecute.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED:  July 27, 2017.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE